**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Aaron Wayne Cluck<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5830<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Jessica Michele Cluck<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8464<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   24–70067–JAD

# Order of Discharge                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Aaron Wayne Cluck                                Jessica Michele Cluck

   6/5/24                                           **By the court:**   <u>Jeffery A. Deller</u>
                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                          **Order of Discharge**                               page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-70067-JAD |
| Aaron Wayne Cluck | Chapter 7 |
| Jessica Michele Cluck | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 05, 2024 | Form ID: 318 | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Aaron Wayne Cluck, Jessica Michele Cluck, 165 Main Street, Woodbury, PA 16695-9443 |
| 15690451 | | Discover Bank, C/O Roger C. Hochschild, Pres. & CEO, 503 E. Market Street, Greenwood, DE 19950 |
| 15690460 | + | Mortgage Electronic Registration Systems, Inc., 1901 E. Voorhees Street, Suite C, Danville, IL 61834-4512 |
| 15690462 | + | Pennsylvania Equity Resources, Inc., 25 1/2 South Park Place, Newark, OH 43055-5505 |
| 15690466 | + | TD Bank USA NA / Target Credit, C/O Leo Salom, Pres. & CEO, 2035 Limestone Road, Wilmington, DE 19808-5529 |
| 15690467 | + | Torres Credit Services, Inc., 27 Fairview Street, P.O. Box 189, Carlisle, PA 17013-0189 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BLMSWOPE | Jun 06 2024 03:53:00 | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |
| smg | | EDI: PENNDEPTREV | Jun 06 2024 03:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 05 2024 23:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jun 06 2024 03:53:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 05 2024 23:57:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Jun 06 2024 03:53:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15690434 | + | EDI: ATTWIREBK.COM | Jun 06 2024 03:53:00 | AT&T, C/O Legal Department - Notice of Dispute, 208 S. Akard, Office #2900.13, Dallas, TX 75202-4206 |
| 15690433 | | Email/Text: BankruptcyNotices@Achieve.com | Jun 05 2024 23:57:00 | Achieve Personal Loans, C/O Andrew Housser, Co-CEO, 1875 South Grant Street, Suite 400, San Mateo, CA 94402-2676 |
| 15690448 | | Email/Text: skeller@crossriver.com | Jun 05 2024 23:57:00 | Cross River Bank, C/O Gilles Gade, Pres. & CEO, 400 Kelby Street, Fort Lee, NJ 07024 |
| 15690435 | + | EDI: CAPITALONE.COM | Jun 06 2024 03:53:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |

Case 24-70067-JAD   Doc 23   Filed 06/07/24   Entered 06/08/24 00:31:43   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-7 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 05, 2024 | Form ID: 318 | Total Noticed: 43 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 15690437 | + | EDI: CAPONEAUTO.COM | Jun 06 2024 03:53:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 15690438 | + | EDI: CAPONEAUTO.COM | Jun 06 2024 03:53:00 | Capital One Auto Finance, C/O Capital One Financial Corp, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 15690436 | + | EDI: CAPONEAUTO.COM | Jun 06 2024 03:53:00 | Capital One Auto Finance, 3901 N Dallas Pkwy, Plano, TX 75093-7864 |
| 15690439 | | EDI: CAPONEAUTO.COM | Jun 06 2024 03:53:00 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2359 |
| 15690440 | + | EDI: CAPITALONE.COM | Jun 06 2024 03:53:00 | Capital One Bank USA, N.A., C/O Capital One Financial Corp., Attn Richard D. Fairbank, Chairman & CEO, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 15690441 | + | EDI: CITICORP | Jun 06 2024 03:53:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, St Louis, MO 63179-0040 |
| 15690442 | + | EDI: CITICORP | Jun 06 2024 03:53:00 | Citibank, NA, C/O Jane Fraser, Pres. & CEO, 701 East 60th Street N., Sioux Falls, SD 57104-0432 |
| 15690443 | + | EDI: WFNNB.COM | Jun 06 2024 03:53:00 | Comenity Bank, C/O Baron Schlachter, Pres., One Righter Parkway, Wilmington, DE 19803-1533 |
| 15690444 | + | EDI: WFNNB.COM | Jun 06 2024 03:53:00 | Comenity Bank/Maurices, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15690445 | + | EDI: WFNNB.COM | Jun 06 2024 03:53:00 | Comenity Bank/Victoria's Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15690446 | + | Email/Text: bankruptcy@credencerm.com | Jun 05 2024 23:58:00 | Credence Resource Management, LLC, Attn: Bankruptcy, 4222 Trinity Mills Road Suite 260, Dallas, TX 75287-7666 |
| 15690447 | | Email/Text: bankruptcy@credencerm.com | Jun 05 2024 23:58:00 | Credence Resource Management, LLC, Attn: Bankruptcy, P.O. Box 2300, Southgate, MI 48195-4300 |
| 15690453 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jun 05 2024 23:57:00 | Equity Resources Inc, 1 Corporate Dr, Lake Zurich, IL 60047-8945 |
| 15690449 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 05 2024 23:58:00 | Department of Education/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 15690450 | + | EDI: DISCOVER | Jun 06 2024 03:53:00 | Discover Bank, C/O Roger C. Hochschild, Pres. & CEO, 502 E. Market Street, Greenwood, DE 19950-9700 |
| 15690452 | + | EDI: DISCOVER | Jun 06 2024 03:53:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 15690457 | | Email/Text: bk@freedomfinancialnetwork.com | Jun 05 2024 23:57:00 | Freedom Plus, C/O Freedom Financial Asset Management,, LLC, 1875 S Grant Street, Ste 400, San Mateo, CA 94402-2676 |
| 15690454 | | Email/Text: collectionbankruptcies.bancorp@53.com | Jun 05 2024 23:58:00 | Fifth Third Bank, Attn: Bankruptcy, Maildrop RCS83E 1830 E Paris Ave SE, Grand Rapids, MI 49546 |
| 15690455 | | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jun 05 2024 23:57:00 | First National Bank of Pennsylvania, C/O Vincenet J. Delie, Jr., One North Shore Center, Pittsburgh, PA 15212 |
| 15690456 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jun 05 2024 23:57:00 | First National Bank of Pennsylvania, Attn: Legal Department, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15690458 | + | Email/Text: bk@freedomfinancialnetwork.com | Jun 05 2024 23:57:00 | FreedomPlus, Attn: Bankruptcy, 1875 South Grant St, Ste 400, San Mateo, CA 94402-2676 |
| 15690459 | | ^ MEBN | | |

|  |  |  |  |
|---|---|---|---|
|  |  | Jun 05 2024 23:51:46 | Mortgage Electronic Registration Systems, Inc., P.O. Box 2026, Flint, MI 48501-2026 |
| 15690461 | Email/Text: electronicbkydocs@nelnet.net | Jun 05 2024 23:58:00 | Nelnet, Attn: Claims, P.O. Box 82505, Lincoln, NE 68501-2505 |
| 15690463 | EDI: SYNC | Jun 06 2024 03:53:00 | Synchrony Bank, C/O Brian Doubles, Pres. & CEO, 170 West S Election Road, Draper, UT 84020 |
| 15690464 | + EDI: SYNC | Jun 06 2024 03:53:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15690465 | + EDI: WTRRNBANK.COM | Jun 06 2024 03:53:00 | Target National Bank, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15690469 | Email/Text: electronicbkydocs@nelnet.net | Jun 05 2024 23:58:00 | U.S. Department of Education, P.O. Box 2837, Portland, OR 97208-2837 |
| 15690468 | + Email/Text: edbknotices@ecmc.org | Jun 05 2024 23:57:00 | U.S. Department of Education, 400 Maryland Avenue, SW, Washington, DC 20202-0008 |
| 15690470 | + Email/Text: electronicbkydocs@nelnet.net | Jun 05 2024 23:58:00 | US Department of Education/glelsi, 2401 International Lane, Madison, WI 53704-3121 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Capital One Auto Finance, a division of Capital On |
| cr |  | PENNSYLVANIA EQUITY RESOURCES, INC. |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 07, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel J. Boger | on behalf of Debtor Aaron Wayne Cluck dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com;ldeist@shepleylaw.com |
| Daniel J. Boger | on behalf of Joint Debtor Jessica Michele Cluck dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com;ldeist@shepleylaw.com |
| Denise Carlon | on behalf of Creditor PENNSYLVANIA EQUITY RESOURCES  INC. dcarlon@kmllawgroup.com |

District/off: 0315-7 | User: admin | Page 4 of 4
Date Rcvd: Jun 05, 2024 | Form ID: 318 | Total Noticed: 43

Lisa M. Swope, Chapter 7 Trustee
    lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com

Michael H Kaliner
    on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. mkaliner@orlans.com

Michele M. Bradford
    on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. mbradford@orlans.com, PABKAttorneyecf@orlans.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

TOTAL: 7